IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:24-po-1826 |
| CARLOS MORRISON, | |
| Defendant. | |

ORDER

The motion of the United States of America to dismiss this matter without prejudice is hereby granted. Accordingly,

IT IS ORDERED that this matter is hereby DISMISSED WITHOUT PREJUDICE.

Entered this 3rd day of October 2024.

/s/
William B. Porter
United States Magistrate Judge

Alexandria, Virginia